**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nice Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3724648** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8910 N. Dale Mabry Hwy, Ste. 17**<br>**Tampa, FL 33614**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

5/09/19 3:16AM

Debtor    **Nice Services, Inc.**                                         Case number (*if known*) _____
      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Nice Services, Inc.**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

▬▬▬▬  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Nice Services, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2019**
                MM / DD / YYYY

X  **/s/ Dr. Donald Lee Pippin, Trustee of Nice Services Trust**          **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**
   Signature of authorized representative of debtor                        Printed name

Title    **Trustee**

---

**18. Signature of attorney**

X  **/s/ Thomas C. Little**                              Date  **May  9, 2019**
   Signature of attorney for debtor                            MM / DD / YYYY

**Thomas C. Little 238783**
Printed name

**Thomas C. Little, P.A.**
Firm name

**2123 N.E. Coachman Rd., Suite A**
**Clearwater, FL 33765**
Number, Street, City, State & ZIP Code

Contact phone    **727-443-5773**        Email address    **janet@thomasclittle.com**

**238783 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Nice Services, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  9, 2019**     X **/s/ Dr. Donald Lee Pippin, Trustee of Nice Services Trust**
                                         Signature of individual signing on behalf of debtor

                                         **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**
                                         Printed name

                                         **Trustee**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Nice Services, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 297879 Fort Lauderdale, FL 33329** | | **BUSINESS CREDIT CARD** | | | | **$221,755.76** |
| **AUTO OWNERS INSURANCE P.O. BOX 30315 Lansing, MI 48909-7815** | | **AUTO - LIABILITY** | | | | **$40,659.95** |
| **BLACK TOP PAVING, INC 20711 STERLINGTON DRIVE Land O Lakes, FL 34638** | | **LOAN FOR PAVING** | | | | **$210,000.00** |
| **CINCH UNDERGROUND, INC. P. O. BOX 690 Chipley, FL 32428** | | **SUB-CONTRACTO R** | | | | **$10,000.00** |
| **FERGUSON ENTERPRISES P. O. BOX 100286 Atlanta, GA 30384-0286** | | **MATERIAL - SUPPLIER OF PIPE** | | | | **$39,449.45** |
| **FIRST NATIONAL BANK OF OMAHA 1620 DODGE STREET Omaha, NE 68197** | | **LOAN** | | | | **$17,741.41** |
| **FLAGLER CONSTRUCTION EQUIP. P. O. BOX 17957 Clearwater, FL 33762-0957** | | **MATERIALS** | | | | **$11,054.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Nice Services, Inc.**
_____    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HD SUPPLY P. O. BOX 4852 Orlando, FL 32802-4852** | | **MATERIALS** | **Disputed** | | | **$44,439.41** |
| **HERC RENTALS INC P. O. BOX 936257 ATLANTA, GA 33606** | | **EQUIPMENT RENTAL** | **Disputed** | | | **$41,556.41** |
| **JVS CONTRACTING, INC. 16018 N. 43RD STREET TAMPA, FL** | | **MATERIALS** | **Disputed** | | | **$71,089.30** |
| **MCMULLEN OIL COMPANY, INC P. O. BOX 17357 Clearwater, FL 33762-0357** | | **FUEL** | | | | **$16,147.67** |
| **REGIONS P. O. BOX 2224 Birmingham, AL 35246-3042** | | **LINE OF CREDIT** | | | | **$95,597.47** |
| **Regions Bank P.O. Box 2224 Birmingham, AL 35246** | | **LINE OF CREDIT** | | | | **$69,022.03** |
| **Regions Bank P.O. Box 2224 Birmingham, AL 35246** | | **CREDIT CARD** | | | | **$14,673.12** |
| **Regions Bank P.O. Box 2224 Birmingham, AL 35246** | | **CREDIT CARD** | | | | **$10,046.26** |
| **RING POWER CORPORATION P. O. BOX 935004 ATLANTA, GA** | | | | | | **$20,619.00** |
| **SUNBELT RENTALS P. O. BOX 409211 Atlanta, GA 30384** | | **EQUIPMENT LEASING** | **Disputed** | | | **$12,034.05** |
| **TOTAL CFO, LLC 20711 STERLINGTON DRIVE Land O Lakes, FL 34638** | | | | | | **$11,000.00** |
| **UNITED RENTAL P. O. BOX 100711 Atlanta, GA 30384** | | **EQUPMENT RENTAL** | **Disputed** | | | **$20,000.00** |

| Debtor | **Nice Services, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VERTECHS ELEVATORS FLORIDA 1700 66TH ST. NORTH #104-207 Saint Petersburg, FL 33710** | | **SUPPLY** | **Disputed** | | | **$16,920.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nice Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **CATERPILLAR FINANCIAL** | | $21,198.42 | $90,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**EQUIPMENT - CAT 320EL EXCAVTOR**

**P. O. BOX 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

Describe the lien
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3397**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **CATERPILLAR FINANCIAL** | | $103,335.29 | $135,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**EQUIPMENT - CAT LOADER - 930 H WHEEL LOADER (MARKET VALUE $60,000.00) AND CAT-E320EL EXCAVATOR (MARKET VALUE $75,000.00)**

**P. O. BOX 730681**
**Dallas, TX 75373-0681**

Creditor's mailing address

Describe the lien
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3393**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Nice Services, Inc.**                                    Case number (if know) _____
                Name

■ No
☐ Yes. Specify each creditor,                ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

| 2.3 | **DAKATA CAPITAL GROUP, INC.** | **Describe debtor's property that is subject to a lien** | $79,302.50 | $1,966,538.14 |

Creditor's Name

**C/O ISSAC C. WIVEKER ESQUIRE**
**483 CHESTNUT STREET**
**Cedarhurst, NY 11516**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250.00**

**Describe the lien**
**Third Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **FORWARD FINANCING** | **Describe debtor's property that is subject to a lien** | $35,000.00 | $1,966,538.14 |

Creditor's Name

**100 SUMMER STREET STE 1175**
**Boston, MA 02110**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**TWELVTH MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250.00**

**Describe the lien**
**TWELVTH MORTGAGE**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **JOHN DEER FINANCIAL** | **Describe debtor's property that is subject to a lien** | $57,987.00 | $807,288.14 |

Creditor's Name

**P. O. BOX 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**SECONDAY MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND 650 K LGP CRAWLER DOZER MARKET VALUE $80,000.00**

**Describe the lien**
**Second Mortgage**

---

Debtor    **Nice Services, Inc.**
Name

Case number (if know)

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1E11**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **JOHN DEERE FINANCIAL** | Describe debtor's property that is subject to a lien | $34,163.50 | $827,288.14 |
|---|---|---|---|---|

Creditor's Name

**THIRD MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND 750 CRAWLER DOZERKXEEE WITH GPS $100,000.00**

**P. O. BOX 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe the lien**
**Third Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1E11**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **JOHN DEERE FINANCIAL** | Describe debtor's property that is subject to a lien | $28,533.05 | $759,288.14 |
|---|---|---|---|---|

Creditor's Name

**FOURTH MORTGAGE ON ACCOUNTS RECEIVABLE $7,288.14 AND CRAWLER DOZER 450J LGP $32,000.00**

**P. O. BOX 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe the lien**
**FOURTH Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1E11**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 13

5/09/19 3:16AM

Debtor **Nice Services, Inc.**
Name                                                                    Case number (if know)

---

| 2.8 | **KINGS CASH GROUP** | Describe debtor's property that is subject to a lien | $150,000.00 | $1,966,538.14 |

Creditor's Name

**30 BROAD STREET STE 1201**
**New York, NY 10004**
Creditor's mailing address

**EIGHTH MORTGAGE ON ACCOUNTS RECEIVABLE  $727,288.14 AND EQUIPMENT $1,239,250.00**

Describe the lien
**EIGHTH MORTGAGE**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **ON DECK CAPITAL** | Describe debtor's property that is subject to a lien | $347,514.37 | $1,966,538.14 |

Creditor's Name

**901 NORTH STUART STREET, SUI**
**Arlington, VA 22203**
Creditor's mailing address

**MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250.00**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Pinellas County Tax Collecto** | Describe debtor's property that is subject to a lien | $22,500.97 | $1,239,250.00 |

Creditor's Name

**P.O. Box 6340**
**Clearwater, FL 33758**
Creditor's mailing address

**EQUIPMENT**

Describe the lien
**TANGIBLE TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

5/09/19  3:16AM

Debtor    **Nice Services, Inc.**                                                  Case number (if know)
_____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Pinellas County Tax Collecto** | **Describe debtor's property that is subject to a lien** | $22,145.00 | $1,239,250.00 |
|---|---|---|---|---|

Creditor's Name

**EQUIPMENT**

**P.O. Box 6340**
**Clearwater, FL 33758**

Creditor's mailing address

**Describe the lien**
**TANGIBLE TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Pinellas County Tax Collecto** | **Describe debtor's property that is subject to a lien** | $2,265.24 | $117,920.00 |
|---|---|---|---|---|

Creditor's Name

**PARCEL NO. 33/28/16/36225/000/0400**

**P.O. Box 6340**
**Clearwater, FL 33758**

Creditor's mailing address

**Describe the lien**
**REAL ESTATE PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Pinellas County Tax Collecto** | **Describe debtor's property that is subject to a lien** | $2,385.43 | $117,920.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Nice Services, Inc.**
_____
Name

Case number (if know)  _____

_____
Creditor's Name

**PARCEL NO. 33/28/16/36225/000/0400**

**P.O. Box 6340**
**Clearwater, FL 33758**
_____
Creditor's mailing address

**Describe the lien**
**REAL ESTATE PROPERTY TAXES**
_____
**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 4 | **Pinellas County Tax Collecto** | **Describe debtor's property that is subject to a lien** | $218.57 | $9,835.00 |
|---|---|---|---|---|

_____
Creditor's Name

**PARCEL NO. 33/28/16/36225/000/0447**

**P.O. Box 4006**
**Seminole, FL 33775-4006**
_____
Creditor's mailing address

**Describe the lien**
**REAL ESTATE PROPERTY TAXES**
_____
**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 5 | **Pinellas County Tax Collecto** | **Describe debtor's property that is subject to a lien** | $185.99 | $9,835.00 |
|---|---|---|---|---|

_____
Creditor's Name

**PARCEL NO. 33/28/16/36225/000/0447**

**P.O. Box 4006**
**Seminole, FL 33775-4006**
_____
Creditor's mailing address

**Describe the lien**
**REAL ESTATE PROPERTY TAXES**
_____
**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **Nice Services, Inc.**                                      Case number (if know) _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **SPG ADVANCE** | **Describe debtor's property that is subject to a lien** | **$74,500.00** | **$1,966,538.14** |
|---|---|---|---|---|

Creditor's Name

**5306 NEW UTRECHT AVENUE**
**Brooklyn, NY 11219**

Creditor's mailing address

**THIRTEENTH MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250.00**

**Describe the lien**
**THIRTEENTH Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 7 | **STERNS BANK, NA** | **Describe debtor's property that is subject to a lien** | **$36,651.20** | **$27,500.00** |
|---|---|---|---|---|

Creditor's Name

**500 13TH STREET**
**Albany, MN 56307**

Creditor's mailing address

**2017 TAKEUCHI TRACK LOADER**

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4022**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **SYNOVAS BANK** | **Describe debtor's property that is subject to a lien** | **$550,000.00** | **$1,966,538.14** |
|---|---|---|---|---|

Debtor  **Nice Services, Inc.**
Name

Case number (if know)

Creditor's Name

**FIRST MORTGAGE ON ACCOUNTS
RECEIVABLE$727,288.14  AND EQUIPMENT
$1,239,250.00
ALSO:
$100,000.00 ACCOUNTS RECEIVABLE FROM
JVS CONTRACTING, INC.
$10,000.00 ACCOUNTS RECEIVABLE HELD
BY ROSE PAVING**

**1148 BROADWAY
Columbus, GA 31901**

Creditor's mailing address

Describe the lien
**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
6616**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **TOYOTA SOUTHEAST FINANCE** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2012 TOYOTA VIN 20124**

$17,167.90     $12,500.00

**P. O. BOX 70832
Charlotte, NC 28272**

Creditor's mailing address

Describe the lien
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **TOYOTA SOUTHEAST FINANCE** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2011 TOYOTA TRUCK VIN 100830**

$15,050.00     $14,000.00

**P. O. BOX 70832
Charlotte, NC 28272**

Creditor's mailing address

Describe the lien
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

Debtor    **Nice Services, Inc.**                                        Case number (if know)
Name

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **TOYOTA SOUTHEAST FINANCE** | | $15,341.63 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. BOX 70832**
**Charlotte, NC 28272**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**216 TOYOTA TRUCK VIN 200334**

Describe the lien
**PURCHASE MONEY SECURITY**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **VOLVO FINANCIAL SERVICES** | | $25,549.22 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. BOX 7247-0236**
**Philadelphia, PA 19170**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**T005**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**VIBRATORY SMOOTH DRUM ROLLER**
**SERIAL NUMBER VCEOS11115TOS235155**

Describe the lien
**PURCHASE MONEY SECURITY**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **VOLVO FINANCIAL SERVICES** | | $15,223.81 | $24,000.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

---

Debtor **Nice Services, Inc.**

Case number (if know) _____

Name

Creditor's Name

**MODEL EC55C TRACK MINI EXCAVATOR
SERIAL NO. VCEEC55CJOO11037**

**P. O. BOX 7247-0236
Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**T006**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 4 | **VOLVO FINANCIAL SERVICES** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MODEL EC350EL SERIAL NO.
VCEEC350EAOO310203 HYDRALIC
EXCAVATOR**

$100,675.27        $140,000.00

**P. O. BOX 7247-0236
Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**T007**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 5 | **VOLVO FINANCIAL SERVICES** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MODELL90G SERIAL NUMBER 7149 WHEEL
LOADER**

$73,854.85        $80,000.00

**P. O. BOX 7247-0236
Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**T008**

---

5/09/19 3:16AM

Debtor  **Nice Services, Inc.**                                   Case number (if know) _____
        Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **VOLVO FINANCIAL SERVICES** | | $38,618.85 | $12,750.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MODEL DD25B TANDEM VIBRATORY SMOOTH ROLLER SERIAL NUMBER 660112**

**P. O. BOX 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**T009**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **VOLVO FINANCIAL SERVICES** | | $22,024.61 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MODEL EC35D RUBBER TRACK MINI EXCAVATOR**

**P. O. BOX 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**
**PURCHASE MONEY SECURITY**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**T010**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **Wells Fargo Bank, N.A.** | | $188,000.00 | $1,966,538.14 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**FIFTH MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250.00**

**P.O. Box 7777**
**San Francisco, CA 94120**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Nice Services, Inc.**                                    Case number (if know) _____
_____
Name

**FIFTH  Mortgage**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8093**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **WMC FUNDING** | **Describe debtor's property that is subject to a lien** | $286,000.00 | $1,966,538.14 |

Creditor's Name
**8723 4TH AVENUE 2ND FLOOR**
**Brooklyn, NY 11209**
Creditor's mailing address

**MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT 1,239,250.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 0 | **YELLOWSTONE CAPITAL, LLC** | **Describe debtor's property that is subject to a lien** | $181,125.00 | $1,966,538.14 |

Creditor's Name
**30 BROAD STREET, 14TH FLR, #**
**SUITE 1362**
**New York, NY 10004**
Creditor's mailing address

**MORTGAGE ON ACCOUNTS RECEIVABLE $727,288.14 AND EQUIPMENT $1,239,250**

**Describe the lien**
**MORTGAGE**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 13

Debtor    **Nice Services, Inc.**                                          Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$2,546,517.67** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name __**Nice Services, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br>P.O. Box 297879<br>**Fort Lauderdale, FL 33329**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __BUSINESS CREDIT CARD__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $221,755.76 |
| **3.2** Nonpriority creditor's name and mailing address<br>**ARGOS USA, LLC**<br>P. O. BOX 733134<br>**Dallas, TX 75373-3134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __9211__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __CONCRETE SUPPLIER__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,555.67 |
| **3.3** Nonpriority creditor's name and mailing address<br>**AUTO OWNERS INSURANCE**<br>P.O. BOX 30315<br>**Lansing, MI 48909-7815**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number __5676__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __AUTO - LIABILITY__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $40,659.95 |
| **3.4** Nonpriority creditor's name and mailing address<br>**BELVINS ROAD BORING**<br>15044 REGINALD LANE<br>**Clearwater, FL 33759**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __JACK AND BORE__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,000.00 |

Debtor   **Nice Services, Inc.**
<br>Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BEST BLOCK FL**<br><br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** **7606** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CONCRETE SUPPLIER**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$8,970.98** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BLACK TOP PAVING, INC**<br>**20711 STERLINGTON DRIVE**<br>**Land O Lakes, FL 34638**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** ▮ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **LOAN FOR PAVING**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$210,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CHASE BANK**<br>**1111 POLARIS PARKWAY**<br>**Columbus, OH 43240**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** **7645** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CREDIT CARD**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,243.02** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**CHASE BANK**<br>**1111 POLARIS PARKWAY**<br>**Columbus, OH 43240**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** **2789** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CREDIT CARD**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,062.90** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**CINCH UNDERGROUND, INC.**<br>**P. O. BOX 690**<br>**Chipley, FL 32428**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** ▮ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **SUB-CONTRACTOR**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$10,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CROWDER EXCAVATING & LAND CL**<br>**901 GEDDIE ROAD**<br>**TALLAHASSEE, FL**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** **NICSER** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **EXCAVATING AND LAND CLEARING**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,266.90** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**FERGUSON ENTERPRISES**<br>**P. O. BOX 100286**<br>**Atlanta, GA 30384-0286**<br>**Date(s) debt was incurred** ▮<br>**Last 4 digits of account number** ▮ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **MATERIAL - SUPPLIER OF PIPE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,449.45** |

5/09/19 3:16AM

| Debtor | **Nice Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**FIRST NATIONAL BANK OF OMAHA**
**1620 DODGE STREET**
**Omaha, NE 68197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __LOAN__

Is the claim subject to offset? ■ No ☐ Yes

**$17,741.41**

---

**3.13** | Nonpriority creditor's name and mailing address
**FLAGLER CONSTRUCTION EQUIP.**
**P. O. BOX 17957**
**Clearwater, FL 33762-0957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __MATERIALS__

Is the claim subject to offset? ■ No ☐ Yes

**$11,054.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**FLORIDA BET-ER- MIX**
**P. O. BOX 5577**
**Hudson, FL 34674-5577**

Date(s) debt was incurred _

Last 4 digits of account number  __2100__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CONCRETE SUPPLIER__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.60**

---

**3.15** | Nonpriority creditor's name and mailing address
**GC SERVICES**
**4019 WOOD COCK DRIVE #101**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CELL PHONE BILL__

Is the claim subject to offset? ■ No ☐ Yes

**$1,077.12**

---

**3.16** | Nonpriority creditor's name and mailing address
**GREAT SOUTHERN EQUIPMENT**
**32410 BLUE STAR HWY**
**Midway, FL 32343**

Date(s) debt was incurred _

Last 4 digits of account number  __0871__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __RENTAL EQUIPMENT__

Is the claim subject to offset? ■ No ☐ Yes

**$1,824.41**

---

**3.17** | Nonpriority creditor's name and mailing address
**HD SUPPLY**
**P. O. BOX 4852**
**Orlando, FL 32802-4852**

Date(s) debt was incurred _

Last 4 digits of account number  __6000__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __MATERIALS__

Is the claim subject to offset? ■ No ☐ Yes

**$44,439.41**

---

**3.18** | Nonpriority creditor's name and mailing address
**HERC RENTALS INC**
**P. O. BOX 936257**
**ATLANTA, GA 33606**

Date(s) debt was incurred _

Last 4 digits of account number  __1193__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __EQUIPMENT RENTAL__

Is the claim subject to offset? ■ No ☐ Yes

**$41,556.41**

---

Debtor    **Nice Services, Inc.**                                         Case number (if known)
          _____
          Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.96** |
|------|-----|-----|-----|

**3.19**

**Nonpriority creditor's name and mailing address**
**HILLSBOROUGH EXPRESSWAY AUTH**
**1104 E. TWIGGS ST. #300**
**Tampa, FL 33602**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$690.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __TOLL ENFORCEMENT CHARGES__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**JOHN WOODHULL**
**12 CLEARVIEW DRIVE**
**Safety Harbor, FL 34695**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$472,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LOAN__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**JVS CONTRACTING, INC.**
**16018 N. 43RD STREET**
**TAMPA, FL**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$71,089.30**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __MATERIALS__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**MCMULLEN OIL COMPANY, INC**
**P. O. BOX 17357**
**Clearwater, FL 33762-0357**

**Date(s) debt was incurred** _
**Last 4 digits of account number  3822**

As of the petition filing date, the claim is: Check all that apply.    **$16,147.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __FUEL__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
**NATIONAL TRAFFIC SIGN**
**14521 60TH ST. NORTH**
**Clearwater, FL 33765**

**Date(s) debt was incurred** _
**Last 4 digits of account number  0081**

As of the petition filing date, the claim is: Check all that apply.    **$69.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __SIGNAGE EQUIPMENT__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**NATIONAL TRENCH SAFETY**
**8108 U. S. HIGHWAY 301 NORTH**
**Tampa, FL 33619**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$9,780.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MATERIALS__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
**ORCZYK KRYS**
**5400 PARK STREET NORTH #202**
**Saint Petersburg, FL 33709**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$11,165.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __REIMBURSEMENT__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Nice Services, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**PORT CONSOLIDATED**<br>P. O. BOX 350430<br>**Fort Lauderdale, FL 33335** | **As of the petition filing date, the claim is:** Check all that apply.  **$2,566.02**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **2558** | **Basis for the claim:**  __FUEL__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**PORTABLE PUMBLING SYSTEMS**<br>**4760 SPRING AVENUE**<br>**Clearwater, FL 33762** | **As of the petition filing date, the claim is:** Check all that apply.  **$7,455.24**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:**  __TV LINING__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**PREFERRED MATERIALS, INC**<br>P. O. BOX 198350<br>**Atlanta, GA 30384-8350** | **As of the petition filing date, the claim is:** Check all that apply.  **$101.24**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**PRESTIGE TRANSPORT DIVISION**<br>**11440 66TH STREET NORTH**<br>**Safety Harbor, FL 34695** | **As of the petition filing date, the claim is:** Check all that apply.  **$7,567.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **871** | **Basis for the claim:**  __EQUIPMENT MOVER__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**QUALITY METAL FABRICATORS**<br>**2610 EAST 5TH AVENUE**<br>**Tampa, FL 33605** | **As of the petition filing date, the claim is:** Check all that apply.  **$7,567.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **2676** | **Basis for the claim:**  __REBAR MATERIAL__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**REGIONS**<br>P. O. BOX 2224<br>**Birmingham, AL 35246-3042** | **As of the petition filing date, the claim is:** Check all that apply.  **$95,597.47**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **7912** | **Basis for the claim:**  __LINE OF CREDIT__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**REGIONS**<br>P. O. BOX 2224<br>  **FL 34256-3042** | **As of the petition filing date, the claim is:** Check all that apply.  **$457.33**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **7912** | **Basis for the claim:**  __VISA-CREDIT CARD__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Nice Services, Inc.**
_____    Case number *(if known)* _____
Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,022.03** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __LINE OF CREDIT__

**Last 4 digits of account number  0180**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,448.13** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __CREDIT CARD__

**Last 4 digits of account number  2623**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.00** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __CREDIT CARD__

**Last 4 digits of account number  7335**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,046.26** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __CREDIT CARD__

**Last 4 digits of account number  2828**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,673.12** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __CREDIT CARD__

**Last 4 digits of account number  0633**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,645.83** |
|---|---|---|---|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __LINE OF CREDIT__

**Last 4 digits of account number  3623**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,619.00** |
|---|---|---|---|

**RING POWER CORPORATION**
**P. O. BOX 935004**
**ATLANTA, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Nice Services, Inc.**                                         Case number *(if known)*
_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |

**SEMANIEGO TRUCKING LLC**
**5827 MANCHESTER DRIVE**
**Santa Teresa, NM 88008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LABOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,581.46** |

**SOUTHERN PRECAST CONCRETE CO**
**1502 N. SAVANNAH AVE**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$359.98** |

**SPECTRUM**
**P. O. BOX 790450**
**Saint Louis, MO 63179-0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INTERNET**

Last 4 digits of account number  **0519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,034.05** |

**SUNBELT RENTALS**
**P. O. BOX 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EQUIPMENT LEASING**

Last 4 digits of account number  **6059**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |

**TOTAL CFO, LLC**
**20711 STERLINGTON DRIVE**
**Land O Lakes, FL 34638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.50** |

**TREKKER TRACTOR GROUP**
**12601 W. OKECCHOBEE ROAD**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PARTS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |

**TURTLE SOUTH EAST**
**P. O. BOX 1858**
**    FL 33799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PAVING DESTROYER**

Last 4 digits of account number  **76L1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nice Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**UNITED RENTAL**
**P. O. BOX 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __EQUPMENT RENTAL__

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,920.00** |
|---|---|---|---|

**VERTECHS ELEVATORS FLORIDA**
**1700 66TH ST. NORTH #104-207**
**Saint Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __SUPPLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,565,451.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,565,451.46 |

**Fill in this information to identify the case:**

Debtor name    **Nice Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **BLACK TOP PAVING** | **20711 STERLINGTON DRIVE**<br>**Land O Lakes, FL 34638** | **KINGS CASH GROUP** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **BLACK TOP PAVING, INC.** | **20711 STERLINGTON DRIVE**<br>**Land O Lakes, FL 34638** | **DAKATA CAPITAL GROUP, INC.** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **FSH CONSTRUCTION ASSOC. INC.** | **12 CLEARVIEW DRIVE**<br>**FL 34694** | **KINGS CASH GROUP** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **FSH CONSTRUCTION ASSOCIATES** | **12 CLEARVIEW DR**<br>**FL 34694** | **DAKATA CAPITAL GROUP, INC.** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **JOHN WOODHULL** | **12 CLEARVIEW DR**<br>**Safety Harbor, FL 34695** | **JOHN DEER FINANCIAL** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Nice Services, Inc.**                                                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **JOHN WOODHULL** | **12 CLEARVIEW DRIVE** Safety Harbor, FL 34695 | **JOHN DEERE FINANCIAL** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |


| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | **JOHN WOODHULL** | **12 CLEARVIEW DRIVE** Safety Harbor, FL 34695 | **JOHN DEERE FINANCIAL** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **JOHN WOODHULL** | **12 CLEARVIEW DRIVE** Safety Harbor, FL 34695 | **JOHN DEERE FINANCIAL** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **SYNOVAS BANK** | ■ D __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **TOYOTA SOUTHEAST FINANCE** | ■ D __2.20__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **TOYOTA SOUTHEAST FINANCE** | ■ D __2.19__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **JOHN WOODHULL** | **12 CLEARVIEW DR.** Safety Harbor, FL 34695 | **Wells Fargo Bank, N.A.** | ■ D __2.28__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **FIRST NATIONAL BANK OF OMAHA** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.13 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **DAKATA CAPITAL GROUP, INC.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

5/09/19  3:16AM

| Debtor | **Nice Services, Inc.** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.14 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **WMC FUNDING** | ■ D  __2.29__ ☐ E/F ____ ☐ G ____ |

| 2.15 | **JOHN WOODHULL** | **12 CLEARVIEW DR.** Safety Harbor, FL 34695 | **SPG ADVANCE** | ■ D  __2.16__ ☐ E/F ____ ☐ G ____ |

| 2.16 | **JOHN WOODHULL** | **12 CLEARVIEW DRIVE** Safety Harbor, FL 34695 | **KINGS CASH GROUP** | ■ D  __2.8__ ☐ E/F ____ ☐ G ____ |

| 2.17 | **JOHN WOODHULL** | **12 CLEARVIEW DRIVE** Safety Harbor, FL 34695 | **ON DECK CAPITAL** | ■ D  __2.9__ ☐ E/F ____ ☐ G ____ |

| 2.18 | **JOHN WOODHULL** | **12 CLEARVIEW DR.** Safety Harbor, FL 34695 | **FORWARD FINANCING** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |

| 2.19 | **JOHN WOODHULL** | **12 CLEARVIEW DR.** Safety Harbor, FL 34695 | **TOYOTA SOUTHEAST FINANCE** | ■ D  __2.21__ ☐ E/F ____ ☐ G ____ |

| 2.20 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **CATERPILLAR FINANCIAL** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |

| 2.21 | **JOHN WOODHULL** | **12 CLEARVIEW DR** Safety Harbor, FL 34695 | **STERNS BANK, NA** | ■ D  __2.17__ ☐ E/F ____ ☐ G ____ |

Debtor  **Nice Services, Inc.**                                   Case number *(if known)* _____

| | |
|---|---|
| ▇ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.24___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.25___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.26___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **JOHN WOODHULL** | 12 CLEARVIEW DRIVE<br>Safety Harbor, FL 34695 | **VOLVO FINANCIAL SERVICES** | ■ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 **JOHN WOODULL** | 12 CLEARVIEW DR.<br>Safety Harbor, FL 34695 | **YELLOWSTONE CAPITAL, LLC** | ■ D ___2.30___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 **JOHN WOODULL** | 12 CLEARVIEW DR<br>Safety Harbor, FL 34695 | **CATERPILLAR FINANCIAL** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Nice Services, Inc.**_____    Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **KRZYSZLOF ORCZYK** | 5400 PARK STREET NORTH #202 Saint Petersburg, FL 33709 | **KINGS CASH GROUP** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **KRZYSZLOF ORCZYK** | 5400 PARK STRET NORTH #202 Saint Petersburg, FL 33709 | **FORWARD FINANCING** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **KRZYSZTOF ORCZYK** | 5400 PARK STREETNORTH #202 Saint Petersburg, FL 33709 | **WMC FUNDING** | ■ D __2.29__ ☐ E/F ____ ☐ G ____ |
| 2.33 | **KRZYSZTOF ORCZYK** | 5400 PARK STREET NORTH #202 Saint Petersburg, FL 33709 | **YELLOWSTONE CAPITAL, LLC** | ■ D __2.30__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **KRZYSZTOF ORCZYK** | 5400 PARK STREET NORTH #202 Saint Petersburg, FL 33709 | **SPG ADVANCE** | ■ D __2.16__ ☐ E/F ____ ☐ G ____ |
| 2.35 | **KRZYSZTOF ORCZYK** | 5400 PARK STREET NORTH #202 Saint Petersburg, FL 33709 | **ON DECK CAPITAL** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.36 | **NICE SERVICES DEVELOPMENT** | 12 CLEARVIEW DRIVE Safety Harbor, FL 34695 | **KINGS CASH GROUP** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.37 | **OKG CONSTRUCTION INC.** | 12 CLEARVIEW DRIVE Safety Harbor, FL 34695 | **KINGS CASH GROUP** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |

Debtor    **Nice Services, Inc.**                                    Case number *(if known)*

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.38 | **OKG CONSTRUCTION, INC.** | **12 CLEARVIEW DR. FL 34694** | **DAKATA CAPITAL GROUP, INC.** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |

---

# United States Bankruptcy Court
## Middle District of Florida

In re  __Nice Services, Inc.__ _____  Case No. _____

                                    Debtor(s)        Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **DR. DONALD LEE PIPPIN, TRUSTEE OF NICE SERVICES 8910 N DALE MABRY STE 17 Tampa, FL 33614** | | | **100% COMMON STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Trustee** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __May  9, 2019__ _____  Signature  __/s/ Dr. Donald Lee Pippin, Trustee of Nice Services Trust__

                                    __Dr. Donald Lee Pippin, Trustee of Nice Services Trust__

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Nice Services, Inc.**              Case No. _____

                              Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  9, 2019** _____       **/s/ Dr. Donald Lee Pippin, Trustee of Nice Services Trust**
                                         **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**/Trustee
                                         Signer/Title

Nice Services, Inc.
8910 N. Dale Mabry Hwy, Ste. 17
Tampa, FL 33614

Thomas C. Little
Thomas C. Little, P.A.
2123 N.E. Coachman Rd., Suite A
Clearwater, FL 33765

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329

ARGOS USA, LLC
P. O. BOX 733134
Dallas, TX 75373-3134

AUTO OWNERS INSURANCE
P.O. BOX 30315
Lansing, MI 48909-7815

BELVINS ROAD BORING
15044 REGINALD LANE
Clearwater, FL 33759

BEST BLOCK FL

BLACK TOP PAVING, INC
20711 STERLINGTON DRIVE
Land O Lakes, FL 34638

CATERPILLAR FINANCIAL
P. O. BOX 730681
Dallas, TX 75373-0681

CHASE BANK
1111 POLARIS PARKWAY
Columbus, OH 43240

CINCH UNDERGROUND, INC.
P. O. BOX 690
Chipley, FL 32428

CROWDER EXCAVATING & LAND CL
901 GEDDIE ROAD
TALLAHASSEE, FL

DAKATA CAPITAL GROUP, INC.
C/O ISSAC C. WIVEKER ESQUIRE
483 CHESTNUT STREET
Cedarhurst, NY 11516

FERGUSON ENTERPRISES
P. O. BOX 100286
Atlanta, GA 30384-0286

FIRST NATIONAL BANK OF OMAHA
1620 DODGE STREET
Omaha, NE 68197

FLAGLER CONSTRUCTION EQUIP.
P. O. BOX 17957
Clearwater, FL 33762-0957

FLORIDA BET-ER- MIX
P. O. BOX 5577
Hudson, FL 34674-5577

FORWARD FINANCING
100 SUMMER STREET STE 1175
Boston, MA 02110

FSH CONSTRUCTION ASSOC. IN
12 CLEARVIEW DRIVE
FL 34694

FSH CONSTRUCTION ASSOCIATE
12 CLEARVIEW DR
FL 34694

GC SERVICES
4019 WOOD COCK DRIVE #101
Jacksonville, FL 32207

GREAT SOUTHERN EQUIPMENT
32410 BLUE STAR HWY
Midway, FL 32343

HD SUPPLY
P. O. BOX 4852
Orlando, FL 32802-4852

HERC RENTALS INC
P. O. BOX 936257
ATLANTA, GA 33606

HILLSBOROUGH EXPRESSWAY A
1104 E. TWIGGS ST. #300
Tampa, FL 33602

JOHN DEER FINANCIAL
P. O. BOX 6600
Johnston, IA 50131-6600

JOHN DEERE FINANCIAL
P. O. BOX 6600
Johnston, IA 50131-6600

JOHN WOODHULL
12 CLEARVIEW DRIVE
Safety Harbor, FL 34695

ORCZYK KRYS
5400 PARK STREET NORTH #202
Saint Petersburg, FL 33709

Regions Bank
P.O. Box 2224
Birmingham, AL 35246

JVS CONTRACTING, INC.
16018 N. 43RD STREET
TAMPA, FL

Pinellas County Tax Collecto
P.O. Box 4006
Seminole, FL 33775-4006

RING POWER CORPORATION
P. O. BOX 935004
ATLANTA, GA

KINGS CASH GROUP
30 BROAD STREET STE 1201
New York, NY 10004

PORT CONSOLIDATED
P. O. BOX 350430
Fort Lauderdale, FL 33335

SEMANIEGO TRUCKING LLC
5827 MANCHESTER DRIVE
Santa Teresa, NM 88008

MCMULLEN OIL COMPANY, INC
P. O. BOX 17357
Clearwater, FL 33762-0357

PORTABLE PUMBLING SYSTEMS
4760 SPRING AVENUE
Clearwater, FL 33762

SOUTHERN PRECAST CONCRETC
1502 N. SAVANNAH AVE
Tarpon Springs, FL 34689

NATIONAL TRAFFIC SIGN
14521 60TH ST. NORTH
Clearwater, FL 33765

PREFERRED MATERIALS, INC
P. O. BOX 198350
Atlanta, GA 30384-8350

SPECTRUM
P. O. BOX 790450
Saint Louis, MO 63179-0450

NATIONAL TRENCH SAFETY
8108 U. S. HIGHWAY 301 NORTH
Tampa, FL 33619

PRESTIGE TRANSPORT DIVISION
11440 66TH STREET NORTH
Safety Harbor, FL 34695

SPG ADVANCE
5306 NEW UTRECHT AVENUE
Brooklyn, NY 11219

NICE SERVICES DEVELOPMENT
12 CLEARVIEW DRIVE
Safety Harbor, FL 34695

QUALITY METAL FABRICATORS
2610 EAST 5TH AVENUE
Tampa, FL 33605

STERNS BANK, NA
500 13TH STREET
Albany, MN 56307

OKG CONSTRUCTION, INC.
12 CLEARVIEW DR.
FL 34694

REGIONS
P. O. BOX 2224
Birmingham, AL 35246-3042

SUNBELT RENTALS
P. O. BOX 409211
Atlanta, GA 30384

ON DECK CAPITAL
901 NORTH STUART STREET, SUI
Arlington, VA 22203

Regions Bank
P.O. Box 2224
Birmingham, AL 35246

SYNOVAS BANK
1148 BROADWAY
Columbus, GA 31901

TOTAL CFO, LLC
20711 STERLINGTON DRIVE
Land O Lakes, FL 34638

YELLOWSTONE CAPITAL, LLC
30 BROAD STREET, 14TH FLR, #
SUITE 1362
New York, NY 10004

TOYOTA SOUTHEAST FINANCE
P. O. BOX 70832
Charlotte, NC 28272

TREKKER TRACTOR GROUP
12601 W. OKECCHOBEE ROAD
Hialeah, FL 33018

TURTLE SOUTH EAST
P. O. BOX 1858
FL 33799

UNITED RENTAL
P. O. BOX 100711
Atlanta, GA 30384

VERTECHS ELEVATORS FLORIDA
1700 66TH ST. NORTH #104-207
Saint Petersburg, FL 33710

VOLVO FINANCIAL SERVICES
P. O. BOX 7247-0236
Philadelphia, PA 19170

Wells Fargo Bank, N.A.
P.O. Box 7777
San Francisco, CA 94120

WMC FUNDING
8723 4TH AVENUE 2ND FLOOR
Brooklyn, NY 11209

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Nice Services, Inc.**                                            Case No.

                                                   Debtor(s)                      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 26,715.00 |
| Prior to the filing of this statement I have received | $ | 26,715.00 |
| Balance Due | $ | 0.00 |

2.    $  **1,717.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; Preparation of Disclosure Statements and Chapter 11 Plan through Confirmation and matters thereafter.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May  9, 2019** | **/s/ Thomas C. Little** |
| *Date* | **Thomas C. Little 238783** |
| | *Signature of Attorney* |
| | **Thomas C. Little, P.A.** |
| | **2123 N.E. Coachman Rd., Suite A** |
| | **Clearwater, FL 33765** |
| | **727-443-5773  Fax: 727-441-2394** |
| | **janet@thomasclittle.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Nice Services, Inc.**                                                           Case No.
                                                    Debtor(s)                Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nice Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  9, 2019**
Date

**/s/ Thomas C. Little**
**Thomas C. Little 238783**
Signature of Attorney or Litigant
Counsel for   **Nice Services, Inc.**
**Thomas C. Little, P.A.**
**2123 N.E. Coachman Rd., Suite A**
**Clearwater, FL 33765**
**727-443-5773 Fax:727-441-2394**
**janet@thomasclittle.com**

# United States Bankruptcy Court
## Middle District of Florida

In re __Nice Services, Inc.__ _____  Case No. _____

                                                    Debtor(s)      Chapter __11__ _____


## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, ___**Dr. Donald Lee Pippin, Trustee of Nice Services Trust**___, declares under penalty of perjury that:

1.  I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.  The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.  I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

**May  9, 2019**
_____
Executed on (Date)

/s/ Dr. Donald Lee Pippin, Trustee of
Nice Services Trust
_____
**Dr. Donald Lee Pippin, Trustee of Nice
Services Trust**
Signature of Debtor
or other claimant

Verified Document(s):


Full Descriptive Title
**Trustee of Nice Services Trust, The Equity Security Holder of Nice
Services, Inc.**
_____
_____
_____
_____

Date Executed
**May 9, 2019**
_____
_____
_____
_____

## United States Bankruptcy Court
### Middle District of Florida

In re  **Nice Services, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**, declare under penalty of perjury that I am the **Trustee** of **Nice Services Trust, which is the equity security holder of Nice Services, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **9th** day of May, 2019 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**, **Trustee** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**, **Trustee** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust**, **Trustee** of this Corporation is authorized and directed to employ **Thomas C. Little 238783**, attorney and the law firm of **Thomas C. Little, P.A.** to represent the corporation in such bankruptcy case."

Date  **May  9, 2019**

Signed   **/s/ Dr. Donald Lee Pippin, Trustee of Nice Services Trust**

**Dr. Donald Lee Pippin, Trustee of Nice Services Trust**

Resolution of Board of Directors
of
**Nice Services, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust, Trustee** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust, Trustee** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. Donald Lee Pippin, Trustee of Nice Services Trust, Trustee** of this Corporation is authorized and directed to employ **Thomas C. Little 238783**, attorney and the law firm of **Thomas C. Little, P.A.** to represent the corporation in such bankruptcy case.

Date  **May  9, 2019** _____    Signed _____

Date  **May  9, 2019** _____    Signed _____