5/09/19 3:16AM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Nice Services, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 297879 Fort Lauderdale, FL 33329 | | BUSINESS CREDIT CARD | | | | $221,755.76 |
| AUTO OWNERS INSURANCE P.O. BOX 30315 Lansing, MI 48909-7815 | | AUTO - LIABILITY | | | | $40,659.95 |
| BLACK TOP PAVING, INC 20711 STERLINGTON DRIVE Land O Lakes, FL 34638 | | LOAN FOR PAVING | | | | $210,000.00 |
| CINCH UNDERGROUND, INC. P. O. BOX 690 Chipley, FL 32428 | | SUB-CONTRACTOR | | | | $10,000.00 |
| FERGUSON ENTERPRISES P. O. BOX 100286 Atlanta, GA 30384-0286 | | MATERIAL - SUPPLIER OF PIPE | | | | $39,449.45 |
| FIRST NATIONAL BANK OF OMAHA 1620 DODGE STREET Omaha, NE 68197 | | LOAN | | | | $17,741.41 |
| FLAGLER CONSTRUCTION EQUIP. P. O. BOX 17957 Clearwater, FL 33762-0957 | | MATERIALS | | | | $11,054.00 |

Debtor **Nice Services, Inc.**                                                                          Case number (if known)
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD SUPPLY P. O. BOX 4852 Orlando, FL 32802-4852 | | MATERIALS | Disputed | | | $44,439.41 |
| HERC RENTALS INC P. O. BOX 936257 ATLANTA, GA 33606 | | EQUIPMENT RENTAL | Disputed | | | $41,556.41 |
| JVS CONTRACTING, INC. 16018 N. 43RD STREET TAMPA, FL | | MATERIALS | Disputed | | | $71,089.30 |
| MCMULLEN OIL COMPANY, INC P. O. BOX 17357 Clearwater, FL 33762-0357 | | FUEL | | | | $16,147.67 |
| REGIONS P. O. BOX 2224 Birmingham, AL 35246-3042 | | LINE OF CREDIT | | | | $95,597.47 |
| Regions Bank P.O. Box 2224 Birmingham, AL 35246 | | LINE OF CREDIT | | | | $69,022.03 |
| Regions Bank P.O. Box 2224 Birmingham, AL 35246 | | CREDIT CARD | | | | $14,673.12 |
| Regions Bank P.O. Box 2224 Birmingham, AL 35246 | | CREDIT CARD | | | | $10,046.26 |
| RING POWER CORPORATION P. O. BOX 935004 ATLANTA, GA | | | | | | $20,619.00 |
| SUNBELT RENTALS P. O. BOX 409211 Atlanta, GA 30384 | | EQUIPMENT LEASING | Disputed | | | $12,034.05 |
| TOTAL CFO, LLC 20711 STERLINGTON DRIVE Land O Lakes, FL 34638 | | | | | | $11,000.00 |
| UNITED RENTAL P. O. BOX 100711 Atlanta, GA 30384 | | EQUPMENT RENTAL | Disputed | | | $20,000.00 |

Debtor   **Nice Services, Inc.**                                                                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VERTECHS ELEVATORS FLORIDA 1700 66TH ST. NORTH #104-207 Saint Petersburg, FL 33710 | | SUPPLY | Disputed | | | $16,920.00 |