**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Nice Services, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:19-bk-04386** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | WELLS FARGO BANK, NA | CHECKING | 8772 | $9,000.00 |
| 3.2. | SYNOVOUS BANK (FROZEN BANK ACCOUNT) | CHECKING ACCOUNT | | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$9,000.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **Nice Services, Inc.**　　　　　　　　　　　　　　　　　　　　　　Case number *(If known)* **8:19-bk-04386**
　　　　　Name

| | 11a. 90 days old or less: | **727,288.14** | - | **0.00** | = .... | **$727,288.14** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | | | | **$727,288.14** |
|---|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | | | |

### Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 COMPUTERS AND 1 PRINTER** | **$0.00** | | **$600.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** | | | | **$600.00** |
|---|---|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Debtor    **Nice Services, Inc.**                                                    Case number (If known)  **8:19-bk-04386**
        Name

☐ Yes

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   SEE ATTACHED EXHIBIT "2" | $0.00 | Appraisal | $126,750.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>EQUIPMENT AND TRAILERS<br>SEE EXHIBIT "2" | $0.00 | Appraisal | $1,239,250.00 |

51.  **Total of Part 8.**                                                                                                                                $1,366,000.00

    Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Nice Services, Inc.**    Case number *(If known)* **8:19-bk-04386**
            Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **FIRST REAL PROPERTY PARCEL: PLAT 71, PAGE 76, HARBOR LAKE INDUSTRIAL PARK, LOT 40, PINELLAS COUNTY, FLORIDA HARBOR LAKE DRIVE , SAFETY HARBOR, FL PARCEL NO. 33/28/16/36225/000/0400 ASSESSED VALUE: $117,920.00** | Fee simple | $117,920.00 | Tax records | $117,920.00 |
| 55.2. | **SECOND REAL PROPERTY PARCEL: HARBOR LAKE DRIVE, SAFETY HARBOR, FL PLAT:71 PAGE 76, HARBOR LAKE INDUSTRIAL PARK 75 FT X 41 FT TRACT ADJ TO PARCEL NO. 33/28/16/362255/000/0447 ASSESSED VALUE: $9,835.00** | Fee simple | $9,835.00 | Tax records | $9,835.00 |

56.  **Total of Part 9.**                                                                                        **$127,755.00**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.


Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| Debtor | **Nice Services, Inc.** | Case number *(If known)* **8:19-bk-04386** |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **FROZEN CONTRACT PAYMENTS $110,000.00**                                       $110,000.00

78. **Total of Part 11.**                                                          $110,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Nice Services, Inc.**    Case number *(If known)*  **8:19-bk-04386**
          Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $727,288.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,366,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $127,755.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $110,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,212,888.14    + 91b. | $127,755.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,340,643.14 |

# NICE SERVICES, INC.

**Work In Place Runoff Report & Accounts Receivables Projection**

*(Privileged and Confidential)*

Report Date: Monday, May 6, 2019

Exhibit "H"

| Line # | Job # | Description | Likely Award (Pctg %) | Projected Contract Volume (FY2019) | Actual/Estimated Contract Volume | Projected Cost At Completion | Projected Earnings Profit (+) / <Loss> | Job Profit Margin (Pctg %) | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | 2019 PYE Volume | PYE 2020 Secured Backlog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **AWARDED / UNDER CONSTRUCTION** | | | | | | | | | | | | | | | | | | | | |
| 1 | 19701 | TRU HOTEL BY HILTON | 100% | 168,919.47 | 168,919.47 A | 152,027.52 | 16,891.95 | 10.00% | 80,000.0 | 20,000.0 | 63,779.5 | 1,340.0 | 2,000.0 | - | - | - | - | - | - | - | $168,919.47 | $0.00 |
| 2 | 19702 | HAMPTON INN - TRINITY | 100% | 244,605.78 | 244,605.78 A | 233,353.91 | 11,251.87 | 4.60% | 131,383.0 | 7,901.9 | - | - | - | - | - | 55,000.0 | 50,720.9 | - | - | - | $244,605.78 | $0.00 |
| 3 | 19703 | GALILEO MONTESSORI | 100% | 50,100.00 | 50,100.00 A | 50,100.00 | 47,595.00 | 95.00% | 37,500.0 | - | 12,600.0 | - | - | - | - | - | - | - | - | - | $50,100.00 | $0.00 |
| 4 | 19704 | DUNEDIN COMMONS PAVING REPAIRS | 100% | 1,200.00 | 1,200.00 A | - | 1,200.00 | 100.00% | - | 1,200.0 | - | - | - | - | - | - | - | - | - | - | $1,200.00 | $0.00 |
| 5 | — | BOZARTH RESIDENCE | 100% | 320.00 | 320.00 A | - | 320.00 | 100.00% | - | - | 320.0 | - | - | - | - | - | - | - | - | - | $320.00 | $0.00 |
| 6 | — | PALMS OF PINELLAS APARTMENTS | 100% | 100,445.90 | 100,445.90 A | 79,754.04 | 20,691.86 | 20.60% | - | - | - | - | - | - | - | - | - | - | 55,747.8 | 44,698.1 | $100,445.90 | $0.00 |
| 7 | — | BROOKSTONE APARTMENTS - TALLAHASSEE | 100% | 16,431.00 | 16,431.00 A | 14,787.90 | 1,643.10 | 10.00% | 8,000.0 | 8,013.0 | - | - | - | - | - | - | - | - | - | - | $16,431.00 | $0.00 |
| 8 | — | CALUSA STORM WORK | 100% | 5,108.00 | 5,108.00 A | 4,597.20 | 510.80 | 10.00% | - | 5,108.0 | - | - | - | - | - | - | - | - | - | - | $5,108.00 | $0.00 |
| 9 | 19701 | PALMS DRY POND - PHASE 2 | 100% | 45,892.00 | 45,892.00 A | 41,302.80 | 4,589.20 | 10.00% | - | - | - | 7,820.3 | 15,680.0 | 15,680.0 | 6,000.0 | - | - | - | - | - | $45,892.00 | $0.00 |
| 10 | 19702 | CRISDEL MAIN OFFICE WATER & FIRE LINES | 100% | 21,810.00 | 21,810.00 A | 19,629.00 | 2,181.00 | 10.00% | - | 14,582.7 | - | 19,625.0 | 2,185.0 | - | - | 21,753.0 | - | - | - | - | $21,810.00 | $0.00 |
| 11 | 19703 | CONCESSIONS, INC @ PALM RIVER ROAD | 100% | 175,000.00 | 175,000.00 A | 157,500.00 | 17,500.00 | 10.00% | - | - | 84,093.3 | 62,147.1 | 6,858.4 | 2,181.0 | - | - | - | - | - | - | $175,000.00 | $0.00 |
| 12 | 19704 | TPA AIRPORT U/G FIRE LINES | 100% | 14,400.00 | 14,400.00 A | 10,080.00 | 4,320.00 | 30.00% | - | - | - | 4,320.0 | 12,960.0 | - | - | - | - | - | - | 1,440.0 | $14,400.00 | $0.00 |
| 13 | 19705 | QUEEN OF PAWN | 100% | 284,464.00 | 284,464.00 A | 241,794.40 | 42,669.60 | 15.00% | - | - | - | 20,000.0 | 100,000.0 | 75,000.0 | 40,000.0 | - | - | - | - | 25,522.2 | $284,464.00 | $0.00 |
| 14 | 19706 | MONTCLAIR ESTATES STORM WORK | 100% | 34,249.16 | 34,249.16 A | 29,111.79 | 5,137.37 | 15.00% | - | - | 12,000.0 | 22,383 | - | - | - | - | - | - | - | - | $34,249.15 | $0.00 |
| 15 | 19707 | AR DESIGN U/G FIRE LINE | 100% | 66,088.00 | 66,088.00 A | 56,174.80 | 9,913.20 | 15.00% | - | - | - | 25,000.0 | 43,088.0 | - | - | - | - | - | - | - | $66,088.00 | $0.00 |
| 16 | 19708 | ASSISTED LIVING @ N. HABANA AVE | 100% | 61,038.00 | 61,038.00 A | 51,882.30 | 9,155.70 | 15.00% | - | - | - | - | 10,000.0 | 51,038.0 | - | - | - | - | - | - | $61,038.00 | $0.00 |
| 17 | 19709 | GANDY TOWNHOMES - SITE UTILITIES | 100% | 286,582.00 | 286,582.00 A | 243,594.70 | 42,987.30 | 15.00% | - | - | - | - | - | - | 15,000.0 | 50,000.0 | 85,000.0 | 25,000.0 | 25,000.0 | 25,000.0 | $210,000.00 | $76,582.00 |
| 18 | 19710 | MIRAVISTA PHASE 1 & 2 | 100% | 188,978.00 | 188,978.00 A | 151,182.40 | 37,795.60 | 20.00% | - | - | - | - | 30,000.0 | 6,500.0 | 50,000.0 | 63,000.0 | 50,000.0 | - | 12,000.0 | - | $183,500.00 | $5,478.00 |
| 19 | 19711 | C-STORE @ 78th STREET & CAUSEWAY | 100% | 152,018.00 | 152,018.00 A | 125,262.83 | 26,755.17 | 17.60% | - | - | - | - | - | 5,000.0 | 15,000.0 | 50,000.0 | - | 12,018.0 | - | 1,440.0 | $152,018.00 | $0.00 |
| 20 | 19712 | TOWN PLACE SUITES - CLEARWATER | 100% | 228,630.00 | 228,630.00 A | 205,767.00 | 22,863.00 | 10.00% | - | - | - | 7,800.0 | - | - | 50,000.0 | 100,000.0 | - | 50,000.0 | 50,000.0 | 25,000.0 | $82,800.00 | $145,830.00 |
| 21 | 19713 | HAMPTON INN - PINELLAS PARK | 100% | 503,627.00 | 503,627.00 A | 438,155.49 | 65,471.51 | 13.00% | - | - | - | 41,000.6 | 75,000.0 | 75,000.0 | 150,000.0 | - | 50,000.0 | 75,000.0 | 50,000.0 | 20,000.0 | $466,600.55 | $37,026.45 |
| 22 | 19714 | TPA FIRE LINES - CRISDEL | 100% | 34,464.00 | 34,464.00 A | 29,294.40 | 5,169.60 | 15.00% | - | - | - | - | - | 31,017.6 | - | - | - | - | - | 3,446.4 | $34,464.00 | $0.00 |
| 23 | 19715 | PLAZA PROJECT - ROSE PAVING GC LLC. | 100% | 10,000.00 | 10,000.00 A | - | 10,000.00 | 100.00% | - | - | - | - | - | - | - | - | - | - | - | 10,000.0 | $10,000.00 | $0.00 |
| 24 | 19716 | RED CAP PLUMBING | 90% | 250,000.00 | 225,000.00 P | 202,500.00 | 22,500.00 | 10.00% | - | - | - | - | 15,000.0 | 50,000.0 | 100,000.0 | - | 50,000.0 | - | 25,000.0 | 10,000.0 | $210,000.00 | $15,000.00 |
| 25 | 19717 | BAYONET POINT - CONCERT/MASONRY | 100% | 156,232.00 | 156,232.00 A | 135,921.84 | 20,310.16 | 13.00% | - | - | - | - | - | - | - | - | - | 50,000.0 | 25,000.0 | 25,000.0 | $25,000.00 | $131,232.00 |
| 26 | 19718 | UNION PLACE TOWN HOMES | 90% | 358,000.00 | 322,200.00 A | 289,980.00 | 32,220.00 | 10.00% | - | - | - | - | - | - | - | 115,000.0 | 50,000.0 | 50,000.0 | 50,000.0 | 25,000.0 | $275,000.00 | $47,200.00 |
| 27 | 19719 | OAK BEND TOWN HOMES | 90% | 599,990.00 | 539,991.00 P | 485,991.90 | 53,999.10 | 10.00% | - | - | - | - | - | - | 50,000.0 | 100,000.0 | 100,000.0 | 50,000.0 | 50,000.0 | 150,000.0 | $400,000.00 | $139,991.00 |
| 28 | 19720 | RIVERVIEW ACADEMY | 90% | 863,789.59 | 777,410.63 A | 699,669.57 | 77,741.06 | 10.00% | - | - | - | - | - | - | - | - | 25,000.0 | 50,000.0 | 200,000.0 | 100,000.0 | $350,000.00 | $427,410.63 |
| 29 | 19721 | TRINITY LAKES CROSSING | 90% | 367,400.00 | 330,660.00 A | 297,594.00 | 33,066.00 | 10.00% | - | - | - | - | - | - | - | 25,000.0 | - | - | 165,000.0 | 7,500.0 | $197,500.00 | $133,160.00 |
| 30 | 19722 | BLUE JAYS WATER LINE INSTALLATION | 90% | 300,000.00 | 270,000.00 A | 237,600.00 | 32,400.00 | 10.00% | - | - | - | - | - | - | - | - | - | - | 100,000.0 | 50,000.0 | $150,000.00 | $120,000.00 |
| 30 | 19723 | FLORA BLUE ESTATES | 90% | 250,000.00 | 225,000.00 A | 198,000.00 | 27,000.00 | 12.00% | - | - | - | - | - | - | - | - | - | 25,000.0 | 50,000.0 | 50,000.0 | $125,000.00 | $100,000.00 |
| 30 | 19724 | PALM HARBOR MOB | 90% | 198,000.00 | 178,200.00 A | 156,816.00 | 21,384.00 | 12.00% | - | - | - | - | - | - | - | - | 25,000.0 | 75,000.0 | 25,000.0 | 10,000.0 | $135,000.00 | $43,200.00 |
| 31 | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | **SUBTOTAL - Secured Work** | | 6,037,783.90 | 5,719,063.94 | 5,039,425.80 | 727,233.14 | 12.72% | 256,883 | 51,122 | 173,509 | 214,986 | 269,578 | 317,786 | 355,000 | 631,753 | 2,484,919 | 383,721 | 292,046 | 3,132,659 | 3,865,405 | 727,748 | 497,807 | $4,359,012.06 | $1,361,051.83 |



4131 S. STATE STREET ○ CHICAGO, IL 60609 USA ○ INFO@LOEBAPPRAISAL.COM
1-800-560-LOEB (5632) ○ 1-773-548-4131 ○ 1-773-548-2608 (FAX)
WWW.LOEBAPPRAISAL.COM

| 18 App # | Date Inspected | OEM | Model | Serial # | Vin # | Year Built | Client Ref # | Machine Description | 18 Report FLV |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 10.24.18 | Volvo | DD25B | 660112 | | 2015 | | Tandem Vibratory Smooth Roller, Diesel, 2,249 hours | $ 12,750 |
| 002 | 10.24.18 | Chevrolet | | | 1GBKC34J7XF038809 | 1999 | | Single Axle Flatbed Truck with Poly Water Tank, 129,045, Diesel | $ 500 |
| 003 | 10.24.18 | Ford | F-750 Super Duty | | 3FDPF756XYMA37628 | 2000 | | Regular Cab Single Axle Dump Truck, 7.3L V8 Diesel Engine | $ 4,500 |
| 004 | 10.24.18 | Terex | 760 | SMFB44TR027CM7842 | | 2002 | Yard Dog | Loader Backhoe, Diesel | $ 7,500 |
| 005 | 10.24.18 | Catapillar | 320EL | WBK02684 | | 2014 | | Excavator, Bucket with Thumb, Diesel, 3,229 hours | $ 90,000 |
| 006 | 10.24.18 | John Deere | 450J LGP | T0450JX109791 | | 2004 | | Crawler Dozer (new under carriage), Diesel, 1,795 | $ 32,000 |
| 007 | 10.24.18 | All Pro | | | 1Z9TA0226J213401 | 2006 | Lisc DUE D62 | 24 ft Tandem Axle Equipment Trailer, 10 Ton, Pintle Hitch, Wood Deck, Rear Ramp | $ 2,500 |
| 008 | 10.24.18 | Loudo | | CD-7-20 | 1L9OD72016N383329 | 2006 | Lisc IZSF72 | 7 ft x 20 ft Tandem Axle Car Trailer, 5 Ton, Steel Deck with Tool Box and Winch | $ 2,500 |
| 009 | 10.24.18 | Mayco | | | | 1982 | | Concrete Pump on Trailer | $ 2,000 |
| 010 | 10.24.18 | Croy | | | | | | Well Point System without Pump but with large inventory of parts | $ 7,500 |
| 011 | 10.24.18 | | | | | | | (2) SEA STORAGE CONTAINERs | $ 1,500 |
| 012 | 10.24.18 | | | | | | | MISCELLANEOUS INCLUDING: 2 - VIBRATORY PLATE TAMPERS 1 - TAR KETTEL ON TRAILER | $ 10,000 |
| 013 | 10.24.18 | Catapillar | 320EL | WBK01338 | | 2013 | | Excavator, Bucket, Diesel, 4,979 hours | $ 75,000 |
| 014 | 10.24.18 | Catapillar | 930H | DHC03524 | | 2012 | | Wheel Loader, Diesel, 3,772 hours | $ 60,000 |



a division of

1 of 4



Exhibit "2"



**LOEB APPRAISAL**
4131 S. STATE STREET ○ CHICAGO, IL 60609 USA ○ INFO@LOEBAPPRAISAL.COM
1-800-560-LOEB (5632) ○ 1-773-548-4131 ○ 1-773-548-2608 (FAX)
WWW.LOEBAPPRAISAL.COM

| # Appr # | Date Inspected | OEM | Model | Serial # | Vin # | Year Built | Client Ref # | Machine Description | '18 Report FLV |
|---|---|---|---|---|---|---|---|---|---|
| 015 | 10.24.18 | Takeuchi | TL10 | 20100294 | | 2014 | | Skid Steer Loader, Diesel, 1,434 hours | $ 27,500 |
| 016 | 10.24.18 | Volvo | EC35D | | | 2016 | | Rubber Track Mini Excavator, Diesel, 615 | $ 25,000 |
| 017 | 10.24.18 | Toyota | Tundra | | 5TFRY5F13BX100830 | 2011 | | 4-Door Double Cab Pickup Truck, Force 5.7L V8 Gas Engine, 126,653 miles | $ 14,000 |
| 018 | 10.24.18 | Case | 580L - Series 2 | JJG0240663 | | 1999 | | Loader Backhoe, Diesel 8,375 hours | $ 16,000 |
| 019 | 10.24.18 | | | | | | Lisc 827-9IG | Tandem Axle Trailer with Wood Deck and Rear Mounted Spare Tire | $ 1,500 |
| 020 | 10.24.18 | Mitsubishi Fuso | FE145 | | JL6BDH1S57K003395 | 2007 | | Crew Cab Single Axle Box Truck, 4.9L L4 Diesel Engine (NOT INSPECTED), 229,486 miles | $ 7,500 |
| 21 | 10.24.18 | Catapillar | CW16 | TL500260 | | | | Cat Multi wheel grader | Rental |
| 022 | 10.24.18 | Volvo | SD115 | VCE0S115T0S235... | | 2013 | | Vibratory Smooth Drum Roller, Diesel | $ 50,000 |
| 023 | 10.24.18 | John Deere | 750K LGP | 1T0750K...260315 | | 2014 | | Crawler Dozer with GPS, Diesel, 629 hours | $ 100,000 |
| 024 | 10.24.18 | Volvo | EC350EL | VCEC350EA00319203 | | 2015 | | Hydraulic Excavator, Diesel | $ 140,000 |
| 025 | 10.24.18 | Lee Boy | 685 | 409 | | 1999 | | Motor Grader, Diesel | $ 25,000 |
| 026 | 10.24.18 | Toyota | Tundra | | 5TFDW5F19CX258008 | 2012 | | 4-Door Double Cab Pickup Truck, Force 5.7L V8 Gas Engine (NOT INSPECTED), 133,765 miles | $ 15,000 |
| 027 | 10.24.18 | John Deere | 310SG | T0310SG950999 | | 2004 | | Loader Backhoe, Diesel, 5,714 hours | $ 20,000 |
| 028 | 10.24.18 | Chevrolet | Silverado C1500 | | 1GCEC19C07Z608882 | 2007 | PURCHASED FROM MARK MCGEEHAN | 1/2 Ton Extended Cab Pickup Truck, 4.8L V8 Gas Engine, Tool Box, 190,148 miles | $ 3,000 |

2 of 4


a division of



**LOEB APPRAISAL**
4131 S. STATE STREET ⊙ CHICAGO, IL 60609 USA ⊙ INFO@LOEBAPPRAISAL.COM
1-800-560-LOEB (5632) ⊙ 1-773-548-4131 ⊙ 1-773-548-2608 (FAX)
WWW.LOEBAPPRAISAL.COM

| 18 App # | Date Inspected | OEM | Model | Serial # | Vin # | Year Built | Client Ref # | Machine Description | 18 Report FLV |
|---|---|---|---|---|---|---|---|---|---|
| 029 | 10.24.18 | Lull JLG | 1044C-54 SERIES II | 0160050511 | | 2013 | | 10,000 lb. Telescopic Forklift, 54 ft Reach, Diesel, 1,012 hours | $ 40,000 |
| 030 | 10.24.18 | | | | | | | Concrete Pump on Trailer (White) No lisc as it is moved by trailer to job site | $ 10,000 |
| 031 | 10.24.18 | Volvo | L90G | 7149 | | 2014 | | Wheel Loader, Diesel | $ 80,000 |
| 032 | 10.24.18 | Volvo | L110H | 631025 | | 2015 | | Wheel Loader with Root Rake and Forks, Diesel | $ 90,000 |
| 033 | 10.24.18 | Volvo | EC55C | VCEEC55CJ00113037 | | 2014 | | Rubber Track Mini Excavator, Diesel, 8,730 hours | $ 24,000 |
| 034 | 10.24.18 | New Holland | EH215 | N4DA21085 | | 2004 | | Hydraulic Excavator, Diesel | $ 13,000 |
| 035 | 10.24.18 | Case | 550G | JJG0256281 | | 1999 | | Long Track Dozer, ROPS, Diesel | $ 16,000 |
| 036 | 10.24.18 | John Deere | 650K LGP | 1T0650KX01T278890 | | 2015 | | Crawler Dozer, Diesel, 1,614 hours | $ 80,000 |
| 037 | 10.24.18 | Takeuchi | TL10 | 410000159 | | 2014 | | Skid Steer Loader, Diesel, 2,097 hours | $ 25,000 |
| 038 | 10.24.18 | Volvo | EC25 | TOPSIS012117 | | 2009 | | Rubber Track Mini Excavator, Diesel, 3,370 hours | $ 9,000 |
| 039 | 10.24.18 | Volvo | L60G | 611148 | | 2014 | | Wheel Loader, Diesel, 3,311 | $ 60,000 |
| 040 | 10.24.18 | Dynapac | CA251 | 58313522 | | 1999 | | Vibratory Smooth Drum Roller, 10 Ton, Diesel | $ 20,000 |
| 041 | 10.24.18 | Dynapac | CP142RT | CP142#187 | | 2006 | | 9-Wheel Pneumatic Roller, Diesel | $ 15,000 |
| 042 | Not Inspected | Eagle | | | 112H8V3295L070045 | 2005 | NEW TRAILER 2015 | Equipment Trailer, 20-Ton, 25 ft long, Tandem Axle, Pintle Hitch, Wood Deck, Rear Ramp (NOT INSPECTED) | $ 4,500 |

3 of 4

a division of LOEB



**LOEB APPRAISAL**
4131 S. STATE STREET ⊙ CHICAGO, IL 60609 USA ⊙ INFO@LOEBAPPRAISAL.COM
1-800-560-LOEB (5632) ⊙ 1-773-548-4131 ⊙ 1-773-548-2608 (FAX)
WWW.LOEBAPPRAISAL.COM

| App # | Date Inspected | OEM | Model | Serial# | Vin# | Year Built | Client Ref # | Machine Description | Report FLV |
|---|---|---|---|---|---|---|---|---|---|
| 043 | Not Inspected | Ford | F-750 Super Duty | | 3FRXF75864V652321 | 2004 | | Regular Cab Truck, 7.2L L6 Diesel Engine (NOT INSPECTED), 158,397 miles | $ 15,000 |
| 044 | Not Inspected | Honda | Odyssey EX-L | | 5FNRL38707B427370 | 2007 | | 4-Door Minivan, 3.5L V6 Gas Engine (NOT INSPECTED), 189,321 miles | $ 1,250 |
| 045 | Not Inspected | Hyundi | Sonata Hybrid | | KMHEC4A42FA136036 | 2015 | OZIZ | 4-Door Passenger Car (NOT INSPECTED), 66,509 Milies | $ 8,500 |
| 046 | Not Inspected | Isuzu | NPR 4000 | | JALB4B1K3T7002411 | 1996 | | Single Axle Box Truck, 3.9L L4 Diesel Engine (NOT INSPECTED), 273,044 miles | $ 2,000 |
| 047 | Not Inspected | Isuzu | NPR | | JALB4B16167015536 | 2006 | JOSEPH VEHICLE | Single Axle Box Truck, 5.2L L4 Diesel Engine (NOT INSPECTED), 181,186 miles | $ 4,500 |
| 048 | Not Inspected | Isuzu | NPR-HD 4000 | | JALE5W169A7300321 | 2010 | | Single Axle Crew Cab Box Truck, 4.8L L4 Diesel Engine (NOT INSPECTED), 166,003 miles | $ 5,000 |
| 49 | Not Inspected | Isuzu | NPR-HD 4000 | | JALC4J14327009650 | 2002 | | Single Axle Crew Cab Box Truck, 4.8L L4 Diesel Engine (NOT INSPECTED), 153,351 miles | $ 5,000 |
| 050 | Not Inspected | Land Rover | Range Rover HSE | | SALME15488A287977 | 2008 | | 4-Door 4 x 4 Sports Utility Vehicle, Hard Top, 4.4L V8 Gas Engine (NOT INSPECTED), 135,565 miles | $ 5,000 |
| 051 | Not Inspected | Toyota | Tacoma Prerunner SR5 | | 5TFTU4GN1CX022174 | 2012 | RAY TEOFRIO | 4-Door Pickup Truck, 4.0L V6 Gas Engine (NOT INSPECTED), 108,090 miles | $ 12,500 |
| 052 | Not Inspected | Toyota | Tundra | | 5TFRM5F14DX057680 | 2013 | | 4-Door Double Cab Pickup Truck, 4.6L V8 Gas Engine (NOT INSPECTED), 138,162 miles | $ 16,000 |
| 053 | Not Inspected | Toyota | Tundra | | 5TFBW5F10GX200333 | 2016 | | 4-Door Double Cab Pickup Truck, Force 5.7L V8 Gas Engine (NOT INSPECTED), 133,872 miles | $ 25,000 |
| 054 | Not Inspected | Toyota | Tacoma | | 5TFDW5F10HX596100 | 2017 | | 4-Door Double Cab Pickup Truck, Force 5.7L V8 Gas Engine (NOT INSPECTED), 5,175 miles | $ 27,000 |

4 of 4


a division of

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nice Services, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:19-bk-04386** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SUBCONTRACTOR PROPOSAL DATE: 11/5/2018 PRIME CONTRACT # 1801 SUBCONTRACT # 1801-3 PROJECT NAME: HAMPTON INN TRINITY PROJECT ADDRESS: 11780 SR 54, ODESSA, FL  33556** | |
| | State the term remaining | 9/18/2019 | **ACCELERATED CONTRATING 141 SCARLET BLVD., STE C Oldsmar, FL 34677** |
| | List the contract number of any government contract | **N/A** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **SITE WORK PROJECT NAME: CONSESSIONS OFFICE BUILDING SITEWORK PROJECT ADDRESS: 8955 PALM RIVER ROAD, TAMPA, FL PROPOSAL DATE: MARCH 6, 2019** | |
| | State the term remaining | | **CONCESSIONS, INC. 11229 RIVERVIEW DR Riverview, FL 33578** |
| | List the contract number of any government contract | **N/A** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **SITE WORK PROJECT NAME: MIRA VISTA TOWN HOMES PROJECT LOCATION: 1413 BAYSHORE BLVD., DUNEDIN, FL PROPOSAL DATE: MARCH 18, 2019** | **ECOSEASCAPE CONSTRUCTION P. O. BOX 484 Port Saint Joe, FL 32457** |

| Debtor 1 | **Nice Services, Inc.** | | Case number *(if known)* | **8:19-bk-04386** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |  |
|---|---|---|---|
|  | List the contract number of any government contract | **N/A** |  |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **PROPOSAL DATE: APRIL, 2, 2019 PROJECT NAME: QUEEN OF PAWN SITE WORK (INCL CONC/MASONRY) PROJECT ADDRESS: 1406 E. FOWLER AVE., TAMPA, FL** | |
|---|---|---|---|
|  | State the term remaining | | **RON FUNK 1406 E. FOWLER AVE TAMPA, FL** |
|  | List the contract number of any government contract | **N/A** | |